# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY JEROME FUSSELL

NO. 2026 KW 0066

**MAY 4, 2026**

---

In Re:    Jeffery Jerome Fussell, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 109263.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED.** The Office of the Clerk of Court of St. Tammany Parish is **ORDERED** to provide relator with an estimate of the costs for production of the transcript of the April 21, 1983 grand jury proceedings and the transcript of his April 26, 1983, felony arraignment hearing in docket number 109263, on or before June 8, 2026, and to provide this court with a copy of their response on or before June 15, 2026.

**SMM**
**WEF**

**Edwards, J.,** dissents and I would deny the writ application. The record reflects that the court acted on relator's request for documents and provided relator with the cost for production of documents on April 14, 2025 and on May 7, 2025. Further, the Clerk of Court for the Twenty-Second Judicial District has indicated that the transcripts requested are not in their records.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT